IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02193-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 75.70.243.174,

      Defendant.

---

## ORDER OF DISMISSAL

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on October 30, 2014 (ECF No.

12), it is

      ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT**

**PREJUDICE**.

      Dated:  October 30, 2014

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge